# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LEHIGH VALLEY COMMUNITY** | : | **CIVIL ACTION** |
| **MENTAL HEALTH CENTERS, INC.,** | : | |
| **Plaintiff** | : | |
| | : | |
| vs. | : | **NO. 15-4315** |
| | : | |
| **PENNSYLVANIA DEPARTMENT OF** | : | |
| **HUMAN SERVICES, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

**AND NOW,** this 26th day of October, 2015, upon careful consideration of the plaintiff's second emergency motion for Temporary Restraining Order (Document #12), the defendants' responses thereto (Documents #14, 17, 18, 22), the plaintiff's letter reply brief (Document #23), and after four telephone conferences with counsel, IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.